# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-2192
Lower Tribunal No. 22-1003-CA

———————————————

ALEXIS SEARS individually and o/b/o minor M.J.,

Appellant,

v.

CHARLOTTE COUNTY,

Appellee.

———————————————

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.

Don R. Cahall, of The Cahall Law Firm, PLLC, Bradenton, for Appellant.

Tiernan Cole, Assistant County Attorney, for the Office of the Charlotte County Attorney, Port Charlotte, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED